42 P.3d 17

**PINEDO**

v.

**AZ DEPT. OF TRANSP.**

**No. 2 CA–CV 2000–0016.**

Court of Appeals of Arizona, Division 2, Department A.

Feb. 28, 2002.

### ORDER

BRAMMER, Presiding Judge.

On January 8, 2002, the Arizona Supreme Court depublished this court's Opinion which decides this appeal. Accordingly, our written disposition of this appeal is redesignated

---

a Memorandum Decision as provided by Ariz. R. Civ.App. P. 28, 17B A.R.S.

Judges PELANDER and FLOREZ concurring.